# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-54865 MBM  
**Case Name:** GRAIN, PETER G  

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 08/02/13 (f)  
**§341(a) Meeting Date:** 09/11/13  

**Period Ending:** 12/02/13  
**Claims Bar Date:** 02/24/14  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | MONEY ON DEBTOR | 0.00 | 0.00 | | 0.00 | FA |
| 2 | CHECKING ACCOUNT THROUGH TALMER | 3,300.00 | 0.00 | | 0.00 | FA |
| 3 | CHECKING ACCOUNT THROUGH TALMER | 1,500.00 | 0.00 | | 0.00 | FA |
| 4 | SAVINGS ACCOUNT THROUGH TALMER | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | SAVINGS ACCOUNT THROUGH TALMER | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 5 TVS, 1 DVD PLAYER, 1 STEREO, 1 GAMING SYSTEM, | 4,000.00 | 0.00 | | 0.00 | FA |
| 7 | MEDICAL BOOKS | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | CDS | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | DVDS | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | CLOTHING AND SHOES | 4,000.00 | 0.00 | | 0.00 | FA |
| 11 | JEWELRY | 2,000.00 | 0.00 | | 0.00 | FA |
| 12 | GUNS | 1,500.00 | 0.00 | | 0.00 | FA |
| 13 | CAMERA VIDEO EQUIPMENT | 300.00 | 0.00 | | 0.00 | FA |
| 14 | IRA WITH DUKES COUNTY SAVINGS BANK (u)<br>    Not originally scheduled; added to Schedules per amendment filed 8/27/13 | 51,000.00 | 0.00 | | 0.00 | FA |
| 15 | AMERITRADE BROKERAGE ACCOUNT | 22,000.00 | 0.00 | | 0.00 | FA |
| 16 | 100% OWNER OF PETER GRAIN MD PC DEBTS EXCEED ASS | 0.00 | 100,000.00 | | 16,666.67 | 83,333.33 |
| 17 | 100% OWNER IN PANGOEA RECORDINGS | 0.00 | 0.00 | | 0.00 | FA |
| 18 | NON-PUBLISHED MUSICAL COMPOSITIONS | 0.00 | 0.00 | | 0.00 | FA |
| 19 | 2008 CHEVROLET SUBURBAN | 19,000.00 | 0.00 | | 0.00 | FA |
| 20 | 2013 DODGE CHALLENGER | 29,716.00 | 0.00 | | 0.00 | FA |
| 21 | 1991 KAWASAKI NINJA ZX II | 500.00 | 0.00 | | 0.00 | FA |
| 22 | TWO 2003 YAMAHA FX1000 ONE OF THEM IS NOT FUNCTI | 1,000.00 | 0.00 | | 0.00 | FA |
| 23 | 2008 H3 HUMMER | 13,000.00 | 0.00 | | 0.00 | FA |
| **23** | **Assets  Totals** (Excluding unknown values) | **$159,316.00** | **$100,000.00** | | **$16,666.67** | **$83,333.33** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-54865 MBM  
**Case Name:** GRAIN, PETER G

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 08/02/13 (f)  
**§341(a) Meeting Date:** 09/11/13

**Period Ending:** 12/02/13

**Claims Bar Date:** 02/24/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

12/2/13 Monitoring installment payments; pending claims bar date.

11/15/13 Trustee is negotiating a $100,000.00 compromise settlement of Estate's interest in potential non-exempt equity relating to Debtor's ownership interest in his medical practice, Peter G. Grain, MD.

**Initial Projected Date Of Final Report (TFR):** December 31, 2014      **Current Projected Date Of Final Report (TFR):** December 31, 2014

_____  
December 2, 2013  
Date

/s/ Kenneth A. Nathan  
_____  
Kenneth A. Nathan

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-54865 MBM  
**Case Name:** GRAIN, PETER G  

**Taxpayer ID #:** REQUESTED  
**Period Ending:** 12/02/13

**Trustee:** Kenneth A. Nathan (420030)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****547866 - Checking Account  
**Blanket Bond:** $2,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/13 | {16} | Peter Gregory Grain | Acct #13-54865; Payment #1; Payment on compromise settlement p/o | 1129-000 | 16,666.67 | | 16,666.67 |
| | | | **ACCOUNT TOTALS** | | 16,666.67 | 0.00 | $16,666.67 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 16,666.67 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $16,666.67 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****547866** | 16,666.67 | 0.00 | 16,666.67 |
| | $16,666.67 | $0.00 | $16,666.67 |

December 2, 2013  
_____  
Date

/s/ Kenneth A. Nathan  
_____  
Kenneth A. Nathan

{} Asset reference(s)

Printed: 12/02/2013 11:36 AM  V.13.13